1 | ALEX G. TSE (CABN 152348)
Acting United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7071
Fax: (415) 436-6748
robin.wall@usdoj.gov

**FILED**
APR 20 2018
fee wv

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

REQUEST FROM THE COURT OF APPEAL ) MISC. NO. CV 18 80071 MISC
OF PARIS, FRANCE, REQUESTING )
INFORMATION FROM GOOGLE, INC. AND ) **APPLICATION FOR ORDER PURSUANT TO**
YOUTUBE LLC ) **28 U.S.C. § 1782**       DMR
)
RE SAGEMCOM BROADBAND SAS & )
SAGEMCOM HOLDING v. GOOGLE INC. )
and YOUTUBE LLC, No. 17/09423 )
)
_____ )

APPLICATION FOR ORDER

## APPLICATION

The United States of America petitions this Court for an order pursuant to 28 U.S.C. § 1782 and under the Court's inherent authority to appoint Assistant United States Attorney Robin M. Wall as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the attached request made by the Court of Appeal of Paris, France for information from Google, Inc. and YouTube LLC. The United States of America respectfully asks the Court to sign the accompanying proposed order. Google, Inc. and YouTube LLC do not object to the entry of this proposed order, but reserve all rights and objections in responding to the underlying subpoena.

DATED: April 20, 2018

Respectfully submitted,
ALEX G. TSE
Acting United States Attorney

*/s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney

APPLICATION FOR ORDER