# EXHIBIT A



*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*

*(415)436-7071*
*Fax: (415) 436-6748*
*robin.wall@usdoj.gov*

March 14, 2018

**VIA EMAIL**

Richard Salgado
Legal Department
Google, Inc.
1600 Amphitheater Parkway
Mountain View, CA 94043
rsalgado@google.com

> **Re:** **Request for International Judicial Assistance from the Court of Appeal of Paris, France in *Sagemcom Broadband SAS, et al. v. Google Inc., et al.*, Ref. No. RG 17/09423**

Dear Mr. Salgado:

The Court of Appeal of Paris, France has requested assistance from the United States Department of Justice pursuant to the Hague Evidence Convention to obtain information from Google, Inc. ("Google") and YouTube LLC ("YouTube") in the above-referenced matter.

As you will see from the enclosed documents, the Paris Court of Appeal has issued a letter rogatory to obtain certain information in connection with a Gmail account, certain emails, and YouTube videos identified on pages 8-10 of the attached judgment of the Paris Court of Appeal.

I understand from Google's prior dealings with our office that Google may be willing to provide the requested information voluntarily or through a stipulated, court-authorized procedure pursuant to 28 U.S.C. § 1782. Please contact me as soon as possible about Google's position with respect to this request.

Additionally, if you could please confirm whether your office will be handling the request to YouTube, or if I should forward the request to another office, I would appreciate it.

I look forward to working with you to resolve this matter. I can be reached at 415-436-7071 or by email at robin.wall@usdoj.gov.

Very truly yours,
ALEX G. TSE
Acting United States Attorney

*/s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney

Enclosures

Cc:     google-legal-support@google.com
        Einat Clarke, eclarke@google.com



**Liberté • Égalité • Fraternité**
**RÉPUBLIQUE FRANÇAISE**

Paris, le 25 Janvier 2018

Accès : 10, bd du Palais
Tél :01.44.32.52.52

Accueil du lundi au vendredi
de 9 heures à 17 heures

Référence du dossier :RG 17/09423

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OFINTERNATIONAL JUDICIAL
ASSISTANCE

Pôle 1 - Chambre 3

**O B J E T :**

**SAS SAGEMCOM BROADBAND représentée par Monsieur Patrick
SEVIAN, en sa qualité de président, SAS SAGEMCOM HOLDING
Représentée par SAGEMCOM SAS, elle-même représentée par Monsieur
Patrick SEVIAN, en sa qualité de président c/SARL GOOGLE FRANCE,
Société GOOGLE INC. Et Société YOUTUBE, LLC**

Demande en réparation des dommages causés par un produit ou une prestation de
services déféctueux

Sur appel d'une décision rendue le 02 Mai 2017 par le Président du TGI de PARIS

Le Directeur des services de Greffe de la cour d'appel de Paris,

vous transmet copie certifiée conforme de l' arrêt rendu par le pôle 1 chambre 3 de la Cour
d'Appel de Paris le 6 décembre 2017, dans l'affaire référencée ci-dessus, qui ordonne qu'une
commission rogatoire soit transmise à votre département aux fins de requérir votre assistance.
Cette copie est accompagnée de sa traduction assermentée.

**P/LE DIRECTEUR DES SERVICES DE GREFFE JUDICIAIRES**

CA
Adresse postale
34,quai des Orfèvres
75055 Paris Cedex 01

Vous voudrez bien me faire retour du présent document daté et signé pour classement
au dossier de procédure.

Reçu le :

Signature :

FEB   2  2018

CIV-34 40-18-2

ATTN : Judicial Assistance Officer
U.S. Department of State
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station
P.O. Box 14 360
Washington, DC 20004
Etats-Unis d'Amérique

Dear Madam, Dear Sir,

**LETTER OF REQUEST**      **[SAGEMCOM Broadband SAS, & SAGEMCOM HOLDING
v./ GOOGLE INC & YOUTUBE LL.C.]**

I have the honour to request your assistance pursuant to the 18 March 1970 Convention on taking of
Evidence Abroad on Civil or Commercial Matters.

I am writing to you regarding a case before the Court of Appeal of Paris (FRANCE), between two
French corporations SAGEMCOM BROADBAND SAS and SAGEMCOM HOLDING SAS, and two
American corporations, GOOGLE Inc. and YOUTUBE LL.C, as identified on the ruling attached
hereto.

The case is registered under reference Docket number: 17/09423.

A ruling has been issued by the Section 1 Chamber 3 of the Court of Appeal of Paris (FRANCE) on 6
DECEMBER 2017, ordering a rogatory letter to be sent to your department to seek assistance in the
production of documents by the two American corporations above mentioned, who agreed, , at the
hearing, to produce the requested documents should a rogatory letter be sent to the United States of
America.

For your information, please note that a certified copy of the ruling and its certified translation have
also been sent to each party for their service and information.

The case is about identifying the owners of an email Gmail account and/or a YouTube account.

Specific technical identifications, in particular the message ID at stake for the email and the URL
address of the video,have been provided in the operative part of the ruling, so that the request of
information is strictly limited to the scope of the ongoing case, in France.

To this end, please find enclosed a copy of the ruling and its certified translation, and the content of
the rogatory letter.

The two US corporations to be served with the request are:
1) GOOGLE INC.
   1600 Amphitheatre Parkway, Mountain View 94043 CALIFORNIA
   Tel : 650-253-0000

2) YouTube LL.C.
   901 Cherry Avenue, San Bruno 94066 CALIFORNIA
   Tel : 650-253-0000

I thank you in advance for your valuable co-operation concerning this case.

Yours faithfully and sincerely,

Excerpt from the original from the Secretariat-Clerk of the Paris Court of Appeal

EXECUTION COPY

Authentic copies delivered
to the parties on: 20 Dec 2017

# FRENCH REPUBLIC
## IN THE NAME OF THE FRENCH PEOPLE

## PARIS COURT OF APPEAL

### Section 1 - Chamber 3

### JUDGMENT OF 06 DECEMBER 2017

(No 807, 10 pages)

Registration number on the general inventory: **17/09423**

Decision referred to the Court: Order of 02 May 2017 – President of the High Court of Paris ("*Tribunal de Grande Instance de Paris*") - RG No17/53704

### APPELLANTS

**SAS SAGEMCOM BROADBAND represented by Mr. Patrick Sevian, in his capacity as President of the Company**
250 Route de l'Empereur
92500 RUEIL MALMAISON
France
SIRET No.: 440 29 4 5 10

**SAS SAGEMCOM HOLDING represented by SAGEMCOM SAS, itself represented by Mr. Patrick Sevian, in his capacity as President of the Company**
250 Route de l'Empereur
92500 RUEIL MALMAISON
France
SIRET No.: 533 059 242

Represented by Ms. Coralie Oger of SELAS FOUCAUD TCHEKHOFF POCHET ET ASSOCIES, lawyer at the PARIS Bar, toque: P0010
Assisted by Mr. Frédéric Goldberg, lawyer at the PARIS bar, toque: P0010

### RESPONDENTS

**SARL GOOGLE FRANCE represented by its executive manager**
8 rue de Londres
75009 Paris
France
SIRET No.: 443 061 841

**GOOGLE INC. a US Corporation, represented by its legal representative**
1600 Amphitheatre Parkway, Mountain View 94043 California
United States of America

**YOUTUBE LLC a US Limited Liability Company represented by its legal representative**
901 Cherry Ave. San Bruno, CA 94066
United States of America

Represented by Ms. Alexandra Neri of PARTNERSHIPS HERBERT SMITH FREEHILLS PARIS LLP, lawyer at the PARIS bar, toque: J025
Assisted by Ms. Samira Anfi advocating on behalf of PARTNERSHIPS HERBERT SMITH FREEHILLS PARIS LLP, lawyer at the PARIS bar, toque: J025

## COMPOSITION OF THE COURT:

The case was argued on 06 November 2017, in open session, before the Court comprised of:

Ms. Martine Roy-Zenati, First President of the Chamber
Ms. Anne-Marie Grivel, counsellor
Ms. Mireille Quentin De Gromard, counsellor

Who have deliberated

**Clerk,** attending the hearing: Ms. Véronique Couvet

## JUDGMENT:

### - ADVERSARIAL PROCEDURE

- made available at the registry of the Court, notice having been given to the parties under the conditions set out in the second subparagraph of article 450 of the French Code of Civil Procedure.

- signed by Ms. Martine Roy-Zenati, President and by Ms. Véronique Couvet, clerk.

The companies Sagemcom Broadband and Sagemcom Holding summoned on 31 January and on 10 February 2017 the companies Google France and Google INC. for interim relief in order to obtain, pursuant to article 145 of the French Code of Civil Procedure and article 6 of Law No. 2004-575 of 21 June 2004, the communication of the identification information of the authors of two emails sent on 10 January 2017 and of three videos uploaded on YouTube on 10, 16 and 18 January 2017, implicating one of their subsidiaries, Sagemcom Tunisie.

By Order of 2 May 2017, the interim relief judge of the High Court of Paris ("*Tribunal de Grande Instance de Paris*") cleared of all charges the company Google France, granted the request of voluntary intervention of the company YouTube LLC, and dismissed the request for a rogatory commission by the companies Sagemcom Broadband and Sagemcom Holding, leaving each party responsible for its own expenses.

On 9 May 2017, the simplified stock corporations ("*SAS*") Sagemcom Broadband and Sagemcom Holding launched an appeal against this order.

According to their submissions filed on 1st June 2017, they ask the Court to:

- find that the ground for the order of the interim relief judge is based on a legal argument raised of her own motion without a previous invitation to the parties to submit their comments,

- annul the interim order;

- grant the request of the company YouTube LLC for voluntary intervention and records that this company:

    \* indicated being the only operator of the YouTube service and, as such, to be in a position, pursuant to the requested rogatory commission which the company does not oppose, to provide the relevant connection data as well as the information relating to the true and/or declared identity of the author of the videos uploaded on YouTube;

    \* committed, to this end, to collaborate promptly, in good faith and without unjustified opposition or reservation with the requested American authority;

- record that they dismiss all their claims against the company Google France and, more precisely, any claim aimed at requesting the direct delivery by the company Google France of the connection data related to the disputed emails, videos, and Google accounts (Gmail and/or YouTube);

- acknowledge that their request for a rogatory commission is admissible and well-founded;

- issue a rogatory commission to any legal authority with jurisdiction on the territory of the United States of America in order to obtain:

### 1) **From the company Google INC.**,

With its headquarters at 1600 Amphitheatre Parkway, Mountain View - 94043 California – United States of America, any data in its possession likely to allow the identification of the author of the emails associated with the electronic address mikelacroix54@gmail.com, sent on 10 January 2017 at 00:49 (UTC+1) and 22:36 (UTC+1) to patrick.sevian@sagemcom.com;

michel.brunet@sagemcom.com;olivier.rouviere@sagemcom.com; christian.jannot@sagemcom.com; taieb.korbi@sagemcom.com; kamel.smiti@sagemcom.com; charles.trochet@sagemcom.com; faouzi.soltana@sagemcom.com; chaker.jarrar@sagemcom.com;

sami.benjomaa@sagemcom.com; edouard.lardennois@tiscruits.com; michel.marrot@tiscruits.com; aouatef.aouiti@tisciruits.com; ahlem.ajmi@tiscircuits.com,

from the Gmail account < Anti Corruption>, and whose ID codes are as follows:

\*CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail.gmail.com,
For the email sent at 00:49,

*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.gmail.com, for the email sent at 22:36,

That is to say, to find out about the account holder:

- the true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the email address mikelacroix54@gmail.com;
- the data recorded when the account was created, including the creation date and the backup email address;
- the true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the three disputed videos whose URL addresses have been noted

* https://www.youtube.com/watch?v=beXus0xc35M&t=4s

* https://www.youtube.com/watch?v=dB-JQFw35UY

* https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtube

in the event that this account would be different from the Gmail account mikelacroix54@gmail.com ;

- the data recorded when the YouTube account was created, including the creation date and the backup email address;

- the list of the logins with date, time and IP addresses used, especially during the sending of the two disputed emails of 10 January 2017 at 00:49 (UTC+1) and 22:36 (UTC+1) to patrick.sevian@sagemcom.com; michel.brunet@sagemcom.com; olivier.rouviere@sagemcom.com; christian.jannot@sagemcom.com; taieb.korbi@sagemcom.com; kamel.smiti@sagemcom.com; charles.trochet@sagemcom.com; faouzi.soltana@sagemcom.com; chaker.jarrar@sagemcom.com; sami.benjomaa@sagemcom.com; edouard.lardennois@tiscruits.com; michel.marrot@tiscruits.com; aouatef.aouiti@tisciruits.com; ahlem.ajmi@tiscircuits.com, whose ID codes are as follows:

   *CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail.gmail.com, for the email sent at 00:49,

*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.gmail.com, for the email sent at 22:36, and the uploading of the three identified videos on YouTube whose URL addresses have been noted and listed below:

   o https://www.youtube.com/watch?v=beXus0xc35M&t=4s
   o https://www.youtube.com/watch?v=dB-JQFw35UY

o https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

### (2) **From the company YouTube LLC,**

With its headquarters at 901 Charry Ave., San Bruno - 94066 California – United States of America, any data in its possession likely to allow the identification of the author of the videos related to the YouTube account < Anti Corruption > and:

\* to the URL https://www.youtube.com/watch?v=beXus0xc35M&t=4s

\* to the URL https://www.youtube.com/watch?v=dB-JQFw35UY

\* to the URL https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

That is to say, about the account holder:

- the true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the email address mikelacroix54@gmail.com;

- The data recorded when the account was created, including the creation date and the backup email address;

- the true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the three disputed videos whose URL addresses have been noted

  o https://www.youtube.com/watch?v=beXus0xc35M&t=4s
  o https://www.youtube.com/watch?v=dB-JQFw35UY
  o https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

in the event that this account would be different from the Gmail account mikelacroix54@gmail.com;

- The data recorded when the YouTube account was created, including the creation date and the backup email address;
- The list of the logins with date, time and IP addresses used, especially during the uploading of the three identified videos on YouTube whose URL addresses have been noted and listed above.

- state that the appellants shall file a translation of this judgment with the Registry of the Court of Appeal within fifteen days from the delivery of the forthcoming judgment;

- order the Registry of the Court of Appeal to forward the forthcoming judgment, as well as the translation provided by the companies Sagemcom Broadband and Sagemcom Holding, to the Public

Prosecutor for transmission to the central competent authority, namely:

> U.S. Department of Justice
> Civil Division
> Office of International Judicial Assistance
> 1100 L Street N.W.
> Room 11006
> Washington, D.C. 20530
> United States of America

- state that the companies will be advised by the registry of the Court of Appeal of the return of the rogatory commission, who would make any information gathered available to allow their legal representatives, their lawyers, or any person duly mandated to make copies of them,

- reserve the expenses.

They argued that:

- They have standing in bringing proceedings to the extent that, on the one hand, the disputed videos are directed against Sagemcom Broadband without authorisation of the company Sagemcom Broadband, which is owner of the rights to the name "Sagemcom" and responsible for communication of the group, and on the other hand, that Sagemcom Holding is the employer of Mr Bruno Cosnier (director of operations of the company Sagemcom Tunisie) implicated, and that half of the addressees of the disputed emails are employees of Sagemcom Broadband;

- Regarding their requests for an international rogatory commission, pursuant to articles 733 *et seq*. of the French Code of Civil Procedure as well as the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ratified by the United States of America and by France, Google INC. and YouTube LLC stated that they would cooperate without opposition or reservation in the identification of the author of the disputed emails and videos, which will allow the appellants to bring any appropriate action to claim damages and to ensure that the same offence is not repeated.

According to their submissions transmitted on 15 June 2017, Google France, Google Inc. and YouTube LLC ask the Court to:

- confirm the withdrawal of the company Google France;

- confirm the status of respondent of the company YouTube LLC, duly intervening at the stage of first instance;

- note that Google Inc. and YouTube LLC rely on the judgment of the Court regarding the admissibility and the merits of the claims of the companies Sagemcom Broadband and Sagemcom Holding,

- declare that each party will bear its own expenses.

They point out that YouTube LLC, in its capacity as operator of the YouTube Service, is the only holder of certain data likely to allow the identification of the author of the disputed videos and they do approve the claims of the companies Sagemcom for issuance of a rogatory commission in accordance

with the provisions of The Hague Convention and they commit to collaborate in good faith and without unjustified opposition or reservation with the requested American authority to this end.

For further details of the facts, the proceedings and the claims of the parties, the Court refers to their last submissions filed, which have been developed during the hearing.

## GROUNDS

Whereas beforehand, the contested order should previously be confirmed in its entirety when there is no opposition between the parties, namely exonerating the company Google France and acceding to the request of voluntary intervention of the company YouTube LLC;

Whereas under article 16 of the French Code of Civil Procedure, a judge must, in all circumstances, ensure compliance with the adversarial principle and abide by this principle himself; that he cannot base his decision on legal grounds that he raised of his own motion without having invited previously the parties to submit their comments;

Whereas in the present case, in holding that it did not appear, in accordance with the obviousness required for an interim relief, that the appellant companies, legally separated from the company Sagemcom Tunisie where Mr. Cosnier works and who was implicated by the disputed publications, did not sufficiently demonstrate their standing, the interim relief judge raised his motion of non-admissibility without observing the adversarial principle; it is therefore appropriate to grant the requested annulment of the challenged order;

Whereas pursuant to article 562 of the French Code of Civil Procedure, the Court of Appeal has jurisdiction over the whole legal dispute when the aim of the appeal is the annulment of the order; that being the case, by operation of said annulment, the Court of Appeal has jurisdiction over the whole legal dispute;

Whereas pursuant to article 145 of the French Code of Civil Procedure, if there is a legitimate reason to preserve or establish, before any trial, the evidence of facts upon which the resolution of a legal dispute could depend, legally permissible preparatory inquiries may be ordered at the request of any interested party;

Whereas in the present case, it is obvious from the filed exhibits and especially from the bailiff's reports of 11, 17 and 19 January 2017 that videos were broadcast in January 2017 on YouTube under the headings "scandale de corruption sagem Tunisie"(*"corruption scandal sagem Tunisie"*), "scandale corruption SAGEMCOM Tunisie" (*"corruption scandal SAGEMCOM Tunisie"*), and "scandale de corruption Sagemcom, Bruno cosnier, Mohamed techella et Samira jeridi" (*"corruption scandal Sagemcom, Bruno cosnier, Mohamed terchella and Samira jeridi"*); that on 10 January 2017, several executive managers of Sagemcom group, including the President and three directors of Sagemcom Broadband, received on their professional email addresses the aforementioned videos; that the two claimant companies have unchallenged legal standings to search for the authors of the attacks on an executive manager employed by the company Sagemcom Holding and the use of the name Sagemcom for which the company Sagemcom Broadband is the owner of the intellectual property rights; it is

therefore appropriate to grant the preparatory inquiry requested and rogatory commission according to the terms of the request replicated in the operative provisions of the judgment below;

## ON THESE GROUNDS, THE COURT,

Annuls the interim order rendered by the High Court of Paris ("*Tribunal de Grande Instance de Paris*") on 2 May 2017, except regarding the withdrawal of the trial of the company Google France, and accedes to the request for voluntary intervention of the company YouTube LLC;

Ruling anew on the remaining matters,

Issues a rogatory commission to any relevant judicial authority on the territory of the United States of America in order to obtain:

### (1) **From the company Google Inc.**,

With its headquarters at 1600 Amphitheatre Parkway, Mountain View - 94043 California – United States of America, any data in its possession likely to allow the identification of the author of the emails associated with the electronic address mikelacroix54@gmail.com, sent on 10 January 2017 at 00:49 (UTC+1) and 22:36 (UTC+1) to patrick.sevian@sagemcom.com; michel.brunet@sagemcom.com;olivier.rouviere@sagemcom.com; christian.jannot@sagemcom.com; taieb.korbi@sagemcom.com; kamel.smiti@sagemcom.com; charles.trochet@sagemcom.com; faouzi.soltana@sagemcom.com; chaker.jarrar@sagemcom.com; sami.benjomaa@sagemcom.com; edouard.lardennois@tiscruits.com; michel.marrot@tiscruits.com; aouatef.aouiti@tisciruits.com; ahlem.ajmi@tiscircuits.com,

From the Gmail account < Anti Corruption>, and whose ID codes are as follows:

*CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail.gmail.com,

For the email sent at 00:49,
*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.gmail.com, for the email sent at 22:36,

That is to say, to find out about the account holder:

- The true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the email address mikelacroix54@gmail.com;
- The data recorded when the account was created, including the creation date and the backup email address;
- The true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the three disputed videos whose URL addresses have been noted

* https://www.youtube.com/watch?v=beXus0xc35M&t=4s

* https://www.youtube.com/watch?v=dB-JQFw35UY

* https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtube

In the event that this account would be different from the Gmail account mikelacroix54@gmail.com ;

- The data recorded when the YouTube account was created, including the creation date and the backup email address;

- The list of the logins with date, time and IP addresses used, especially during the sending of the two disputed emails of 10 January 2017 at 00:49 (UTC+1) and 22:36 (UTC+1) to patrick.sevian@sagemcom.com; michel.brunet@sagemcom.com; olivier.rouviere@sagemcom.com;christian.jannot@sagemcom.com; taieb.korbi@sagemcom.com; kamel.smiti@sagemcom.com; charles.trochet@sagemcom.com; faouzi.soltana@sagemcom.com;chaker.jarrar@sagemcom.com; sami.benjomaa@sagemcom.com;edouard.lardennois@tiscruits.com; michel.marrot@tiscruits.com; aouatef.aouiti@tisciruits.com; ahlem.ajmi@tiscircuits.com, whose ID codes are as follows:

*CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail.gmail.com, for the email sent at 00:49,

*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.gmail.com, for the email sent at 22:36, and the uploading of the three identified videos on YouTube whose URL addresses have been noted and listed below:
   o https://www.youtube.com/watch?v=beXus0xc35M&t=4s
   o https://www.youtube.com/watch?v=dB-JQFw35UY
   o https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

### (2) From the company YouTube LLC,

With its headquarters at 901 Charry Ave., San Bruno - 94066 California – United States of America, any data in its possession likely to allow the identification of the author of the videos related to the YouTube account < Anti Corruption > and:

* at the URL https://www.youtube.com/watch?v=beXus0xc35M&t=4s
* at the URL https://www.youtube.com/watch?v=dB-JQFw35UY
* at the URL https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

to find out about the account holder:

- the true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the email address

mikelacroix54@gmail.com;

- the data recorded when the account was created, including the creation date and the backup email address;
- the true and/or declared identity (name, surname) and the contact details (especially the address) of the person with the account <Anti Corruption> corresponding to the three disputed videos whose URL addresses have been noted

  - o https://www.youtube.com/watch?v=beXus0xc35M&t=4s
  - o https://www.youtube.com/watch?v=dB-JQFw35UY
  - o https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

In the event that this account would be different from the Gmail account mikelacroix54@gmail.com;

- the data recorded when the YouTube account was created, including the creation date and the backup email address;
- the list of the logins with date, time and IP addresses used, especially during the uploading of the three identified videos on Youtube whose URL addresses have been noted and listed above

States that Sagemcom Broadband and Sagemcom Holding (the appellants) shall file a translation of this judgment with the Registry of the Court of Appeal within fifteen days from the delivery of the present judgment;

Order the Registry of the Court of Appeal to forward the present judgment, as well as the translation provided by the companies Sagemcom Broadband and Sagemcom Holding, to the Public Prosecutor for transmission to the central competent authority, namely:

> U.S. Department of Justice
> Civil Division
> Office of International Judicial Assistance
> 1100 L Street N.W.
> Room 11006
> Washington, D.C. 20530
> United States of America

States that the companies will be advised by the registry of the Court of Appeal of the return of the rogatory commission, who would make any information gathered available to allow their legal representatives, their lawyers, or any person duly mandated to make copies of them,

Leaves each party responsible for its expenses.

THE CLERK

*signature*

THE PRESIDENT

*signature*

PARIS COURT OF APPEAL

Now, therefore, the French Republic requires and orders all Bailiffs to enforce this current ruling. To all officers of the Public Prosecution office of the Civil Courts to help in its application. To all Commanders and other Officers of the Police force to help in its application when legally required to do so.

[round seal]

Chambre de commerce et d'industrie
de région Paris Ile-de-France

2 3. 01. 1 8  9 0 6 1 6 7

Traduction en langue anglaise certifiée conforme à l'original / la copie rédigé (e) en langue française
visée Ne Varietur sous le N° UN 18-352
Fait à Paris, le 19 01 2018
Signature

Chambre de commerce et d'industrie de région Paris Ile-de-France

Vu exclusivement pour certification matérielle de la signature de

M. SEGUIONE

(seen exclusively to certify the above signature)

Pour le Président, Yanique BRAS

---

Paris Court of Appeal
Section 1 – Chamber 3

JUDGMENT OF THE 06 DECEMBER 2017
RG No 17/09423 – Page 11

**REPUBLIQUE FRANCAISE**
AU NOM DU PEUPLE FRANCAIS

### COUR D'APPEL DE PARIS

#### Pôle 1 - Chambre 3

#### ARRET DU 06 DECEMBRE 2017

(n° 869, 10 pages)

Numéro d'inscription au répertoire général : **17/09423**

Décision déférée à la Cour : Ordonnance du 02 Mai 2017 -Président du TGI de PARIS -
RG n° 17/53704

**APPELANTES**

**SAS SAGEMCOM BROADBAND représentée par Monsieur Patrick SEVIAN, en
sa qualité de président**
250 Route de l'Empereur
92500 RUEIL MALMAISON
N° SIRET : 440 29 4 5 10

**SAS SAGEMCOM HOLDING Représentée par SAGEMCOM SAS, elle-même prise
en la personne de Monsieur Patrick SEVIAN, en sa qualité de président**
250 Route de l'Empereur
92500 RUEIL MALMAISON
N° SIRET : 533 059 242

Représentées par Me Coralie OGER de la SELAS FOUCAUD TCHEKHOFF POCHET
ET ASSOCIES, avocat au barreau de PARIS, toque : P0010
assistées de Me Frédéric GOLDBERG, avocat au barreau de PARIS, toque : P0010

**INTIMEES**

**SARL GOOGLE FRANCE prise en la personne de son gérant**
8 rue de Londres
75009 Paris
N° SIRET : 443 061 841

**Société de droit américain GOOGLE INC. prise en la personne de son représentant
légal**
1600 Amphithéâtre Parkway, Mountain View 94043 Californie
Etats-Unis d'Amérique

**Société de droit américain YOUTUBE LLC prise en la personne de son représentant
légal**
901 Cherry Avenue, San Bruno, CA 94066
Etats-Unis d'Amérique

Représentées par Me Alexandra NERI du PARTNERSHIPS HERBERT SMITH
FREEHILLS PARIS LLP, avocat au barreau de PARIS, toque : J025

assistées de Me Samira ANFI plaidant pour le PARTNERSHIPS HERBERT SMITH FREEHILLS PARIS LLP, avocat au barreau de PARIS, toque : J025

**COMPOSITION DE LA COUR :**

L'affaire a été débattue le 06 Novembre 2017, en audience publique, devant la Cour composée de :

Mme Martine ROY-ZENATI, Premier Président de chambre
Mme Anne-Marie GRIVEL, Conseillère
Mme Mireille QUENTIN DE GROMARD, Conseillère

qui en ont délibéré

**Greffier,** lors des débats : Mme Véronique COUVET

**ARRET :**

- CONTRADICTOIRE

- par mise à disposition de l'arrêt au greffe de la Cour, les parties en ayant été préalablement avisées dans les conditions prévues au deuxième alinéa de l'article 450 du code de procédure civile.

- signé par Mme Martine ROY-ZENATI, président et par Mme Véronique COUVET, greffier.


Les sociétés Sagemcom Broadband et Sagemcom Holding ont assigné les 31 janvier et 10 février 2017 les sociétés Google France et Google INC. en référé afin d'obtenir, au visa des articles 145 du code de procédure civile et 6 de la loi n° 2004-575 du 21 juin 2004, la communication des données permettant d'identifier l'auteur de deux courriers électroniques envoyés le 10 janvier 2017 et de trois vidéos postées sur le service YouTube les 10, 16 et 18 janvier 2017 mettant en cause une de leurs filiales, Sagecom Tunisie.

Par ordonnance du 2 mai 2017, le juge des référés du tribunal de grande instance de Paris a mis hors de cause la société Google France, fait droit à la demande d'intervention volontaire de la société Youtube LLC, et a rejeté la demande de commission rogatoire formée par les sociétés Sagemcom Broadband et Sagemcom Holding, en laissant à chaque partie la charge de ses propres dépens.

Par déclaration du 9 mai 2017, les SAS Sagemcom Broadband et Sagemcom Holding ont interjeté appel de cette ordonnance.

Par leurs conclusions transmises le 1er juin 2017, elles demandent à la cour de :

- dire et juger que la motivation de l'ordonnance par le juge des référés repose sur un moyen de droit relevé d'office sans avoir au préalable invité les parties à présenter leurs observations,

- annuler l'ordonnance de référé ;

- accueillir la société Youtube LLC en son intervention volontaire et donner acte à cette société de ce qu'elle :

---



\* a indiqué être le seul exploitant du service Youtube et, à ce titre, être en mesure de leur communiquer les données de connexion visées ainsi que les informations relatives à l'identité réelle et/ou déclarée de l'auteur des vidéos mises en ligne sur Youtube dans le cadre de la commission rogatoire sollicitée à laquelle elle ne s'oppose pas ;

\* s'est s'engagée à collaborer promptement, de bonne foi et sans opposition ni réserve injustifiée avec l'autorité américaine requise à cette fin ;

- leur donner acte de ce qu'elles abandonnent l'ensemble de leurs demandes dirigées à l'encontre de la société Google France et, plus précisément, toute demande tendant à la remise directe par la société Google France des données de connexion liées aux emails, aux vidéos et aux comptes Google (Gmail et/ou Youtube) litigieux ;

- les déclarer recevables et bien fondées en leur demande de commission rogatoire;

- donner commission rogatoire à toute autorité judiciaire compétente sur le territoire des Etats-Unis d'Amérique afin d'obtenir :

### 1) **auprès de la société Google INC.**,

dont le siège social est 1600 Amphitheatre Parkway, Mountain View - 94043 Californie - Etats-Unis, toutes données en sa possession susceptibles de permettre l'identification de l'auteur des emails associés à l'adresse électronique mikelacroix54@gmail.com, adressés le 10 janvier 2017 à 00h49 (UTC+1) et 22h36 (UTC+1) à patrick.sevian@sagemcom.com ; michel.brunet@sagemcom.com; olivier.rouviere@sagemcom.com; christian.jannot@sagemcom.com ; taieb.korbi@sagemcom.com ; kamel.smiti@sagemcom.com ; charles.trochet@sagemcom.com ; faouzi.soltana@sagemcom.com ; chaker.jarrar@sagemcom.com ; sami.benjomaa@sagemcom.com ; edouard.lardennois@tiscrüits.com ; michel.marrot@tiscruits.com ; aouatef.aouiti@tisciruits.com ; ahlem.ajmi@tiscircuits.com,

à partir du compte Gmail < Anti Corruption> , et dont les codes ID sont les suivants :

\*CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail .gmail.com,

pour l'email envoyé à 00h49,

\*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.g mail.com, pour l'email envoyé à 22h36,

à savoir à propos du titulaire dudit compte :

- l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées (notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti Corruption> correspondant à l'adresse email mikelacroix54@gmail.com ;

- les données enregistrées lors de la création dudit compte, y inclus la date de création du compte et l'adresse email de recouvrement ;

- l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées (notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti

---

Corruption> correspondant aux trois vidéos litigieuses dont les adresses url ont été relevées

* https://www.youtube.com/watch?v=beXus0xc35M&t=4s

* https://www.youtube.com/watch?v=dB-JQFw35UY

pour le cas où ce compte ne serait pas identique au compte gmail de mikelacroix54@gmail.com ;

    - les données enregistrées lors de la création dudit compte Youtube, y inclus la date de création du compte et l'adresse email de recouvrement ;

    - la liste des logs avec date, heure et adresses IP utilisées et ceci notamment lors de l'envoi des deux emails litigieux du 10 janvier 2017 à 00h49 (UTC+1) et 22h36 (UTC+1) à patrick.sevian@sagemcom.com; michel.brunet@sagemcom.com; olivier.rouviere@sagemcom.com; christian.jannot@sagemcom.com; taieb.korbi@sagemcom.com; kamel.smiti@sagemcom.com; charles.trochet@sagemcom.com; faouzi.soltana@sagemcom.com; chaker.jarrar@sagemcom.com; sami.benjomaa@sagemcom.com; edouard.lardennois@tiscruits.com; michel.marrot@tiscruits.com; aouatef.aouiti@tisciruits.com; ahlem.ajmi@tiscircuits.com, dont les codes ID sont les suivants :

*CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail.gmail.com, pour l'email envoyé à 00h49,

*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.gmail.com, pour l'email envoyé à 22h36, et la mise en ligne des trois vidéos identifiées sur Youtube dont les adresses url ont été relevées et listées ci-dessous :

    o https://www.youtube.com/watch?v=beXus0xc35M&t=4s
    o https://www.youtube.com/watch?v=dB-JQFw35UY
    o
https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

### (2) auprès de la société Youtube LLC,

dont le siège social est 901 Charry Avenue, San Bruno - 94066 Californie - Etats-Unis,
toutes données en la possession de cette dernière susceptibles de permettre l'identification de l'auteur des vidéos associées au compte Youtube < Anti Corruption > et :

* à l'url https://www.youtube.com/watch?v=beXus0xc35M&t=4s

* à l'url https://www.youtube.com/watch?v=dB-JQFw35UY

* à l'urlhttps://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be
à savoir à propos du titulaire dudit compte :

    - l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées

---

(notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti Corruption> correspondant à l'adresse email mikelacroix54@gmail.com ;

    - les données enregistrées lors de la création dudit compte, y inclus la date de création du compte et l'adresse email de recouvrement ;

    - l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées (notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti Corruption> correspondant aux trois vidéos litigieuses dont les adresses url ont été relevées
        * https://www.youtube.com/watch?v=beXus0xc35M&t=4s
        * https://www.youtube.com/watch?v=dB-JQFw35UY
        *
https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be
pour le cas où ce compte ne serait pas identique au compte Gmail de mikelacroix54@gmail.com ;

    - les données enregistrées lors de la création dudit compte Youtube, y inclus la date de création du compte et l'adresse email de recouvrement ;

    - la liste des logs avec date, heure et adresses IP utilisées et ceci notamment lors de la mise en ligne des trois vidéos identifiées sur Youtube dont les adresses url ont été relevées et listées ci-dessus.

- dire que les appelantes disposeront d'un délai de quinze jours à compter du prononcé de la décision à intervenir pour en remettre une traduction au greffe de la juridiction ;

- ordonner au greffe de la juridiction de transmettre la décision à intervenir, ainsi que de la traduction qui lui sera remise par les sociétés Sagemcom Broadband et Sagemcom Holding, au Ministère Public pour transmission à l'autorité centrale compétente, à savoir :

        U.S. Department of Justice

        Civil Division

        Office of International Judicial Assistance

        1100 L Street N.W.

        Room 11006

        Washington, D.C. 20530

        United States of America / Etats-Unis d'Amérique.
- dire qu'au retour de la commission rogatoire, elles en seront avisées par le greffe de la juridiction qui mettra à sa disposition les informations éventuellement recueillies pour permettre à leur représentant légal, à leur avocat ou à toute personne disposant d'un mandat d'en prendre copie,

- réserver les dépens.

Elles font valoir :

- qu'elles ont bien intérêt à agir dès lors d'une part, que les vidéos litigieuses visent Sagemcom Broadband sans autorisation de la société Sagemcom Broadband titulaire des droits sur le nom "Sagemcom" et responsable de la communication du groupe, d'autre part que Sagemcom Holding est l'employeur de M. Bruno Cosnier (directeur des opérations de la société Sagemcom Tunisie) mis en cause, et que la moitié des destinataires des emails litigieux sont employés par Sagemcom Broadband ;

- qu'à leur demande de commission rogatoire internationale sollicitée en application des articles 733 et suivants du code de procédure civile ainsi que de la Convention de la Haye du 18 mars 1970 ratifiée par les Etats-Unis et la France sur l'obtention de preuves à l'étranger en matière civile et commerciale, les sociétés Google INC. et Youtube LLC ont fait savoir qu'elles collaboreraient sans opposition ni réserve à l'identification de l'auteur des emails et des vidéos litigieuses, ce qui leur permettra de diligenter le cas échéant toute action utile pour demander réparation et veiller à ce que les mêmes faits ne se reproduisent plus.

Par leurs conclusions transmises le 15 juin 2017, les sociétés Google France, Google INC. et Youtube LLC demandent à la cour de :

- confirmer le désistement intervenu à l'égard de la société Google France,

- confirmer la qualité d'intimé de la société Youtube LLC, régulièrement intervenue en première instance,

- constater que les sociétés Google INC. et Youtube LLC s'en remettent à la Cour . concernant la recevabilité et le bien-fondé des demandes des sociétés Sagemcom Broadband et Sagemcom Holding,

- dire que chaque partie supportera ses propres dépens.

Elles rappellent que la société Youtube LLC, en sa qualité d'exploitante du service Youtube, elle est la seule détentrice de certaines données susceptibles de permettre l'identification de l'auteur des vidéos litigieuses, et indiquent approuver la démarche des sociétés Sagemcom tendant au prononcé d'une commission rogatoire conforme aux dispositions de la convention de La Haye et s'engager à collaborer de bonne foi et sans opposition ni réserve injustifiées avec l'autorité américaine requise à cette fin.

Pour un plus ample exposé des faits, de la procédure et des prétentions des parties, la cour se réfère à leurs dernières conclusions transmises et développées lors de l'audience des débats.

## MOTIFS

Considérant qu'il y a lieu préalablement de confirmer l'ordonnance attaquée en toutes ses dispositions qui ne font l'objet d'aucune discussion des parties, à savoir en ce qu'elle a mis hors de cause la société Google France et fait droit à la demande d'intervention volontaire de la société Youtube LLC ;

Considérant ensuite qu'aux termes de l'article 16 du code de procédure civile, le juge doit, en toutes circonstances, faire observer et observer lui-même le principe de la contradiction ; qu'il ne peut fonder sa décision sur les moyens de droit qu'il

a relevés d'office sans avoir au préalable invité les parties à présenter leurs observations ;

Considérant qu'en l'espèce, le premier juge, en retenant qu'il n'apparaissait pas avec l'évidence requise en référé que les sociétés demanderesses, juridiquement distinctes de la société Sagecom Tunisie au sein de laquelle exerçait Monsieur Cosnier que les publications litigieuses mettaient en cause, ne justifiaient pas suffisamment de leur qualité à agir, a relevé d'office une fin de non-recevoir sans la soumettre à la contradiction ; qu'il y a lieu en conséquence de faire droit à la demande d'annulation de l'ordonnance attaquée ;

Considérant qu'en application de l'article 562 du code de procédure civile, la dévolution s'opère pour le tout lorsque l'appel tend à l'annulation de la décision ; que tel étant le cas, la cour se trouve saisie de l'entier litige par l'effet de l'annulation prononcée ;

Considérant qu'aux termes de l'article 145 du code de procédure civile, s'il existe un motif légitime de conserver ou d'établir avant tout procès la preuve de faits dont pourrait dépendre la solution d'un litige, les mesures d'instruction légalement admissibles peuvent être ordonnées à la demande de tout intéressé ;

Considérant qu'en l'espèce, il résulte des pièces produites aux débats et notamment des constats d'huissier des 11, 17 et 19 janvier 2017que des vidéos ont été diffusées en janvier 2017 sur le site Youtube sous les titres *"scandale de corruption sagem Tunisie"*, *"scandale corruption SAGEMCOM Tunisie"*, et *"scandale de corruption Sagemcom, Bruno cosnier, Mohamed terchella et Samira jeridi"* ; que le 10 janvier 2017, plusieurs cadres du groupe Sagemcom, dont le président et trois directeurs de Sagemcom Broadband, ont reçu sur leur adresse email professionnelle lesdites vidéos ; que les deux sociétés demanderesses ont bien un motif légitime non contesté à rechercher l'auteur de la mise en cause de la société Sagemcom Holding et du nom Sagemcom sur lequel la société Sagemcom Broadband est titulaire des droits de propriété intellectuelle ; qu'il convient donc de faire droit à la demande de mesure d'instruction et de commission rogatoire selon les termes de la demande repris dans le dispositif qui suit ;

## PAR CES MOTIFS, LA COUR,

Annule l'ordonnance de référé du 2 mai 2017 du tribunal de grande instance de Paris, sauf en ce qu'elle a mis hors de cause la société Google France et fait droit à la demande d'intervention volontaire de la société Youtube LLC ;

Statuant de nouveau sur le surplus,

Donne commission rogatoire à toute autorité judiciaire compétente sur le territoire des Etats-Unis d'Amérique afin d'obtenir :

### (1) **auprès de la société Google INC.**,

dont le siège social est 1600 Amphitheatre Parkway, Mountain View - 94043 Californie - Etats-Unis, toutes données en sa possession susceptibles de permettre l'identification de l'auteur des emails associés à l'adresse électronique mikelacroix54@gmail.com, adressés le 10 janvier 2017 à 0h49 (UTC+1) et 22h36

(UTC+1) à : patrick.sevian@sagemcom.com ;
michel.brunet@sagemcom.com;olivier.rouviere@sagemcom.com;
christian.jannot@sagemcom.com ; taieb.korbi@sagemcom.com ;
kamel.smiti@sagemcom.com ; charles.trochet@sagemcom.com ;
faouzi.soltana@sagemcom.com ; chaker.jarrar@sagemcom.com ;
sami.benjomaa@sagemcom.com ; edouard.lardennois@tiscruits.com ;
michel.marrot@tiscruits.com ; aouatef.aouiti@tisciruits.com ;
ahlem.ajmi@tiscircuits.com

à partir du compte Gmail < Anti Corruption> , et dont les codes ID sont les
suivants :

*CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail
.gmail.com,
pour l'email envoyé à 00h49,
*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.
gmail.com, pour l'email envoyé à 22h36,

à savoir à propos du titulaire dudit compte :

- l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées
(notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti
Corruption> correspondant à l'adresse email mikelacroix54@gmail.com ;

- les données enregistrées lors de la création dudit compte, y inclus la date
de création du compte et l'adresse email de recouvrement ;

- l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées
(notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti
Corruption> correspondant aux trois vidéos litigieuses dont les adresses url ont été
relevées

* https://www.youtube.com/watch?v=beXus0xc35M&t=4s
* https://www.youtube.com/watch?v=dB-JQFw35UY
*

https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtube
pour le cas où ce compte ne serait pas identique au compte gmail de
mikelacroix54@gmail.com ;

- les données enregistrées lors de la création dudit compte Youtube, y
inclus la date de création du compte et l'adresse email de recouvrement ;

- la liste des logs avec date, heure et adresses IP utilisées et ceci notamment
lors de l'envoi des deux emails litigieux du 10 janvier 2017 à 0h49 (UTC+1) et
22h36 (UTC+1) à patrick.sevian@sagemcom.com ;
michel.brunet@sagemcom.com ;
olivier.rouviere@sagemcom.com;christian.jannot@sagemcom.com;
taieb.korbi@sagemcom.com; kamel.smiti@sagemcom.com;
charles.trochet@sagemcom.com ;
faouzi.soltana@sagemcom.com;chaker.jarrar@sagemcom.com;
sami.benjomaa@sagemcom.com;edouard.lardennois@tiscruits.com;
michel.marrot@tiscruits.com; aouatef.aouiti@tisciruits.com;
ahlem.ajmi@tiscircuits.com, dont les codes ID sont les suivants :

*CABCotCiU_+QGWPFMZ0AQPHs9zivF5Ok+79T-Yv=nEE9ac_yBEQ@mail
.gmail.com, pour l'email envoyé à 00h49,

---

*CABCotCiSyPtgNpQ0R1pr7Mrfy7Z4FS=mPY_A7NXYgmVyzWrciA@mail.gmail.com, pour l'email envoyé à 22h36, et la mise en ligne des trois vidéos identifiées sur Youtube dont les adresses url ont été relevées et listées ci-dessous :

o https://www.youtube.com/watch?v=beXus0xc35M&t=4s
o https://www.youtube.com/watch?v=dB-JQFw35UY
  o https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be

### (2) **auprès de la société Youtube LLC,**

dont le siège social est 901 Charry Avenue, San Bruno - 94066 Californie - Etats-Unis,
toutes données en la possession de cette dernière susceptibles de permettre l'identification de l'auteur des vidéos associées au compte Youtube < Anti Corruption > et :

\* à l'url https://www.youtube.com/watch?v=beXus0xc35M&t=4s
\* à l'url https://www.youtube.com/watch?v=dB-JQFw35UY
\* à l'url https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be
à savoir à propos du titulaire dudit compte :

- l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées (notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti Corruption> correspondant à l'adresse email mikelacroix54@gmail.com ;

- les données enregistrées lors de la création dudit compte, y inclus la date de création du compte et l'adresse email de recouvrement ;

- l'identité réelle et/ou déclarée (nom, prénom) et les coordonnées (notamment l'adresse) de la personne à laquelle a été attribué le compte <Anti Corruption> correspondant aux trois vidéos litigieuses dont les adresses url ont été relevées

\* https://www.youtube.com/watch?v=beXus0xc35M&t=4s
\* https://www.youtube.com/watch?v=dB-JQFw35UY
\* https://www.youtube.com/watch?v=ps--pBfAU-M&feature=youtu.be
pour le cas où ce compte ne serait pas identique au compte Gmail de mikelacroix54@gmail.com ;

- les données enregistrées lors de la création dudit compte Youtube, y inclus la date de création du compte et l'adresse email de recouvrement ;

- la liste des logs avec date, heure et adresses IP utilisées et ceci notamment lors de la mise en ligne des trois vidéos identifiées sur Youtube dont les adresses url ont été relevées et listées ci-dessus.

Dit que les sociétés Sagemcom Broadband et Sagemcom Holding disposeront d'un délai de quinze jours à compter du présent arrêt pour en remettre une traduction au greffe de la cour d'appel ;

Ordonne au greffe de transmettre l'arrêt, ainsi que de la traduction qui lui sera remise par les sociétés Sagemcom Broadband et Sagemcom Holding, au Ministère public pour transmission à l'autorité centrale compétente, à savoir :

U.S. Department of Justice

Civil Division

Office of International Judicial Assistance

1100 L ⌐ · N.W.

Room 11006

Washington, D.C. 20530

United States of America / Etats-Unis d'Amérique.

Dit qu'au retour de la commission rogatoire, elles en seront avisées par le greffe de la cour qui mettra à leur disposition les informations éventuellement recueillies pour permettre à leur représentant légal, à leur avocat ou à toute personne disposant d'un mandat d'en prendre copie ;

Laisse à chacune des parties ses propres dépens.

LE GREFFIER                    LE PRESIDENT

UN 18-352
꜀꜀꜀
19 01 18

---