UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REQUEST FROM THE COURT OF APPEAL OF PARIS, FRANCE, REQUESTING INFORMATION FROM GOOGLE, INC. AND YOUTUBE LLC<br><br>RE SAGEMCOM BROADBAND SAS & SAGEMCOM HOLDING v. GOOGLE INC. and YOUTUBE LLC, No. 17/09423 | MISC. NO.18-mc-80071-DMR<br><br>**ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

Pending before the Court is an application submitted by the United States Attorney on behalf of the United States of America pursuant to 28 U.S.C. § 1782, concerning a request from the Court of Appeals for Paris, France, for information from Google, Inc. ("Google") and YouTube LLC ("YouTube"). At this time, the United States requests only that the Court appoint Assistant United States Attorney ("AUSA") Robin M. Wall as Commissioner and authorize AUSA Wall to serve Google and YouTube with subpoenas in accordance with the terms and conditions set forth below. The Court has reviewed the application and supporting papers and documents supporting this request for international judicial assistance, including the judgment issued by the Parisian court on December 6, 2017, in the matter captioned *Sagemcom Broadband SAS, et. al. v. Google France SARL, et al*., No. 17/09423.

Pursuant to the power conferred by 28 U.S.C. § 1782, the Court's inherent authority, and pursuant to the agreement of the United States, Google, and YouTube, the Court hereby ORDERS that AUSA Wall is appointed as Commissioner, and is authorized to serve Google and YouTube with

subpoenas in accordance with the following terms and conditions:

1. Upon receipt of the subpoenas, Google and YouTube shall promptly make a diligent search for the information identified in the Parisian court's December 6, 2017, judgment.

2. Within seven calendar days from receipt of the subpoena, Google and YouTube shall provide a copy of the subpoena or subpoenas to the account holders and advise them that Google and YouTube will respond to the subpoena unless the account holders file, within 20 calendar days from the date they receive the subpoena or subpoenas, an objection or a motion to quash in this action, served on Google, YouTube, and AUSA Wall.

3. Subject to the limitation described in Paragraph 2 of this Order, within 30 calendar days from receipt of the subpoenas, Google and YouTube shall produce the requested information to the extent it is available, along with a notarized verification under penalty of perjury, directly to AUSA Wall at the U.S. Attorney's Office.

4. Within seven calendar days of receipt of the information from Google and YouTube as described in Paragraph 3 of this Order, AUSA Wall will provide the information from Google and YouTube to the U.S. Department of Justice, Civil Division, Office of International Judicial Assistance, which, in turn, will forward the information to the Paris Court of Appeal.

IT IS SO ORDERED.

DATED: May 14, 2018



Donna M. Ryu
United States Magistrate Judge